# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **FOR RELEASE** |
| vs. | ) | |
| | ) | |
| Caleb Ray Heart, | ) | Case No. 4:14-cr-128 |
| | ) | |
| Defendant. | ) | |

Defendant was previously ordered detained pending trial. He is being housed at the Heart of America Correctional and Treatment Center ("HACTC") in Rugby, North Dakota.

On September 22, 2014, the parties filed a "Stipulation for Release." In the stipulation defendant advises: (1) he has been admitted into an inpatient treatment program at the Heartview Foundation in Bismarck, North Dakota; and (2) his treatment is scheduled start on September 25, 2014, at 1:00 p.m.

The court **ADOPTS** the "Stipulation of Release" (Docket No. 39) and **ORDERS** that defendant be released subject to the following conditions:

(1) Defendant shall be released to the custody his mother, Hazel Heart, no earlier than 9:00 a.m. on September 25, 2014, for transport to the Heartview Foundation in Bismarck, North Dakota.

(2) Defendant shall reside at the Heartview Foundation, comply with its rules and regulations, and fully participate in its inpatient treatment program.

(3) Defendant shall report to the Pretrial Services Office as directed and sign releases as necessary so that the Pretrial Services Office can monitor his progress in the

treatment program.

(4) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(5) Defendant shall submit his person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

(7) Defendant shall contact the Pretrial Services Office at least 48 hours prior to his completion of the inpatient treatment program and discharge from the Heartview Foundation. He shall cooperate in putting together an approved plan for residency and aftercare.

(8) If, after completion of the inpatient treatment program, the supervising Pretrial Services Officer determines that defendant is in need of placement in a residential facility, defendant shall voluntarily report to the designated facility as directed, comply with the facility's rules and regulations, participate in all recommended treatment programming, and not leave the facility without prior permission of the supervising Pretrial Services Officer.

**IT IS SO ORDERED.**

Dated this 22nd day of September, 2014.

/s/ Daniel L. Hovland  
Daniel L. Hovland, District Judge  
United States District Court